UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMANDA MILJUS,<br><br>               Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security<br><br>               Defendant. | Case No.  C06-5009RBL-KLS<br><br>REPORT AND RECOMMENDATION<br><br>Noted for August 11, 2006 |

      This matter has been referred to Magistrate Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure.  This matter is before the Court on plaintiff's failure to respond with the undersigned's order regarding service of the complaint. (Dkt. #4).  After reviewing the record, the undersigned submits the following report and recommendation to the Honorable Ronald B. Leighton, recommending the Court dismiss this action for failure to comply with the undersigned's order.

DISCUSSION

      On June 6, 2006, the undersigned issued an order informing plaintiff that it had been more than 120 days since she filed her complaint, and directing her to serve the complaint and file proof of service of the complaint with the Court by no later than July 6, 2006, or show cause why this matter should not be dismissed for failure to prosecute. (Dkt. #4).  To date, it does not appear that plaintiff has served her complaint, nor has any proof of service been filed with this Court.

REPORT AND RECOMMENDATION
Page - 1

## CONCLUSION

Because plaintiff has failed to respond to the undersigned's order to show cause (Dkt. #4), and because it appears plaintiff still has not served her complaint, the Court should dismiss this case without prejudice for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 72(b), the parties shall have ten (10) days from service of this Report and Recommendation to file written objections thereto. See also Fed.R.Civ.P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set this matter for consideration on **August 11, 2006**, as noted in the caption.

DATED this 20th day of July, 2006.

Karen L. Strombom
United States Magistrate Judge