UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMANDA MILJUS,

        Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security

        Defendant.

Case No. C06-5009RBL-KLS

ORDER DISMISSING COMPLAINT

    The Court, having reviewed the complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    the Court adopts the Report and Recommendation;

    (2)    plaintiff's complaint is DISMISSED without prejudice; and

    (3)    the Clerk is directed to send copies of this Order to counsel for plaintiff and to Magistrate Judge Karen L. Strombom.

DATED this 17th day of August, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1